UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-5093 MWF (RAOx)**                                  Date:  December 01, 2021

Title        **Theodore Parisienne v. Extra Medium, Inc.**

Present: The Honorable:       MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on June 23, 2021.  (Docket No. 1).  Pursuant to the Court's Order permitting Plaintiff to serve Defendant Extra Medium, Inc. by service on the California Secretary of State, Plaintiff filed a Proof of Service ("POS") on October 26, 2021.  (Docket No. 12).

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **DECEMBER 17, 2021**.

- ■ BY DEFENDANT:  RESPONSE TO THE COMPLAINT ("Response") by Defendant.  The parties may also file an appropriate stipulation to extend the time within which Defendant must respond to the Complaint.

    OR

- ■ BY PLAINTIFF:  APPLICATION FOR CLERK TO ENTER DEFAULT as to Defendant who has not timely responded to the Complaint.

This is the second Order to Show Cause issued by the Court; it will not issue another.

///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-5093 MWF (RAOx)**                                    Date:  December 01, 2021

Title          **Theodore Parisienne v. Extra Medium, Inc.**

     No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **December 17, 2021** will result in the dismissal of this action.

     IT IS SO ORDERED.

Initials of Preparer:  RS/sjm