UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.     **CV 21-5093-MWF(RAOx)**                    Dated: **December 14, 2021**

Title:        Theodore Parisienne -*v*- Extra Medium, Inc.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

   Rita Sanchez                              None Present
   Courtroom Deputy                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:  ATTORNEYS PRESENT FOR DEFENDANTS:

   None Present                              None Present

PROCEEDINGS (IN CHAMBERS):  ORDER TO SHOW CAUSE RE DEFAULT
            JUDGMENT

  In light of the Default By Clerk [15] entered on December 10, 2021, the Court sets a hearing for Order To Show Cause Re Default Judgment for January 24, 2022 at 11:30 a.m.  If a Motion for Default Judgment is filed prior to this hearing, the hearing on the Order To Show Cause will be discharged, and no appearance will be necessary.

  Any Motion for default judgment must comply with the Court's Procedures and Schedules.  *See* http://www.cacd.uscourts.gov/honorable-michael-w-fitzgerald.

  IT IS SO ORDERED.