UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 21-5093-MWF (RAOx)**                                     Dated: January 24, 2022

Title:       THEODORE PARISIENNE -*v*- EXTRA MEDIUM INC.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| V.R. Vallery for Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                    None Present

PROCEEDINGS (IN CHAMBERS) COURT ORDER

   In light of the Notice of Settlement [17] filed January 24, 2022, the Court sets a hearing on Order To Show Cause Re Dismissal for February 28, 2022 at 11:30 a.m. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  **All other hearings and deadlines are hereby vacated.**

   IT IS SO ORDERED.

MINUTES FORM 90                                                   Initials of Deputy Clerk __vrv__
CIVIL - GEN

-1-